THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 5.4, General Order 14-17
(Rule Number/Section)

Philip Davis #195873 7-D-12

Az. Dept. of Corrections Meadows Prison

P.O. Box 3300

Florence, AZ. 85132-3300

✓ FILED ___ LODGE
___ RECEIVED ___ COPY
JUL 1 4 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Page 1 of  )

In the United States District Courts

For the District of Arizona

Philip Davis
  Plaintiff

vs.

Benny Hinn
( religious TV preacher )
  Defendant

Case No. CV-16-2368-PHX-SPL-DMF
To be supplied by the Clerk

Civil Complaint By A Prisoner

Jury Trial Demanded

Right to a Speedy Trial Demanded

Original Complaint

*Note: this is Another Religious Civil Complaint from Philip Davis.*

A. Jurisdiction

(1) This court has jurisdiction over this action pursuant to:
28 U.S.C. § 1343(a); 42 U.S.C. § 1983

(2) Cities where ~~the~~ violations occurred: many cities in America and possibly around the world.

Philip Davis 07/09/2016
  Plaintiff Signature

550/555